## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| LINDELL BRISCOE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:24-cv-440-MTS |
| ) | |
| ST. LOUIS COUNTY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

In accordance with the Memorandum and Order entered this day,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' action is **DISMISSED**.

**IT IS FURTHER ORDERED** that Plaintiffs' federal claims against Defendant Joseph Percich and Defendant St. Louis County are **DISMISSED** with prejudice.

**IT IS FINALLY ORDERED** that Plaintiffs' state law claim against Defendant St. Louis County is **DISMISSED** without prejudice.

Dated this 26th day of March 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE