# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No.  25-1668

_____

Lindell Briscoe, individually; Brittany Arlesia Shamily, individually and as next friend of her minor children; B.M.C.; B.A.S.; B.L.B.D.; B.R.C.B.; B.A.B.

Plaintiffs - Appellants

v.

St. Louis County; Joseph Percich, in his individual capacity

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-00440-MTS)

_____

**JUDGMENT**

Before SMITH, BENTON, and ERICKSON, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

April 10, 2026

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler