# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-1668

Lindell Briscoe, individually, et al.

Appellants

v.

St. Louis County and Joseph Percich, in his individual capacity

Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-00440-MTS)

---

## ORDER

The appellant's motion for an extension of time within which to respond to the petition

for panel rehearing is granted to June 1, 2026.

May 27, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler