# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-1668

Lindell Briscoe, individually, et al.

Appellants

v.

St. Louis County and Joseph Percich, in his individual capacity

Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-00440-MTS)

_____

## ORDER

The petition for rehearing by the panel is denied.


June 12, 2026


Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Susan E. Bindler