# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-1668

Lindell Briscoe, individually, et al.

Appellants

v.

St. Louis County and Joseph Percich, in his individual capacity

Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-00440-MTS)

_____

## ORDER

The petition for rehearing en banc is denied.

Judge Gruender did not participate in the consideration or decision of this matter.

July 15, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Susan E. Bindler