# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No. 25-1668

Lindell Briscoe, individually, et al.

Appellants

v.

St. Louis County and Joseph Percich, in his individual capacity

Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-00440-MTS)

---

### MANDATE

In accordance with the opinion and judgment of April 10, 2026, and pursuant to the

provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in

the above-styled matter.

July 22, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit